UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| WILLIAM LEE GRANT, II, | Case No. CV-21-37-BU-BMM |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| DONALD H. RUMSFELD, | |
| Defendant. | |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Grant's Complaint is DISMISSED as frivolous under 28 U.S.C. § 1915(e)(2). The Clerk of Court is directed to enter judgment of dismissal.

    Dated this 20th day of July, 2021.

                TYLER P. GILMAN, CLERK

                By: /s/ Traci Orthman
                Traci Orthman, Deputy Clerk